UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALICIA TERRY,

                Plaintiff,

     v.

COUNTY OF SCHOHARIE and THE
BOARD OF SUPERVISORS OF THE
COUNTY OF SCHOHARIE,

                Defendants.

1:15-CV-367

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

TABNER, RYAN & KENIRY, LLP            BRIAN M. QUINN, ESQ.
Attorneys for Plaintiff                      WILLIAM RYAN , JR., ESQ.
18 Corporate Woods Boulevard
Albany, NY 12211

LEMIRE JOHNSON, LLC                  APRIL J. LAWS, ESQ.
Attorneys for Defendants                 GREGG T. JOHNSON, ESQ.
P.O. Box 2485                                     BRADLEY J. STEVENS, ESQ.
2534 Route 9
Malta, NY 12020

DAVID N. HURD
United States District Judge

## **O R D E R**

      Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on June 3, 2016, in Utica, New York, it is hereby

      ORDERED that

1.  Defendants County of Schoharie and The Board of Supervisors of the County of Schoharie's motion for summary judgment is GRANTED in part;

2.  Plaintiff's federal claims for First Amendment Retaliation, Procedural Due Process, Equal Protection/Disparate Treatment, and Monell are DISMISSED;

3.  Supplemental jurisdiction is DECLINED over plaintiff's state law claim;

4.  This case is remanded back to the New York State Supreme Court, Schoharie County; and

5.  The Clerk is directed to close the file.

IT IS SO ORDERED

_____
United States District Judge

Dated: June 3, 2016
      Utica, New York.